UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 24 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>RUBEN LOPEZ,<br><br>   Defendant. | CASE NO. 12CR2581-JLS<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

31:5332(A); 18:2; 31:5317(c)(1) and 5332(a)(1) AND (b)(2) - Bulk Cash Smuggling and Aiding and Abetting; Criminal Forfeiture

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/23/2012

Mitchell D. Dembin
U.S. Magistrate Judge